IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 08-06033 |
|---|---|
| RICHARD SAINT HILAIRE | CHAPTER 13 |
| Debtor | |

MOTION TO CONSIGN MONIES

TO THE HONORABLE COURT:

Debtor, through the undersigned attorney , respectfully avers and prays:

1. Banco Popular de Puerto Rico, formerly R&G Mortgage Corporation has refused to receive payment from debtor for account number ending in 9898 for the month of Novermber, 2009, because the Trustee has filed an unfavorable recommendation (d.e. 46) of the amended plan dated September 25, 2009 (d.e. 45). The information requested by the trustee was submitted since October 8, 2009 but the recommendation has not been amended.

2. Debtor therefore, wishes to consign with the Clerk of the Court monies in the amount of $846.00 on behalf of Banco Popular de Puerto Rico, formerly R&G Mortgage Corporation via Money Order NO. 17463970800 attached herein..

WHEREFORE it is respectfully requested that this Honorable Court take notice of the above and accept the consignment.

In San Juan, Puerto Rico, this November 5, 2009.

**CERTIFICATE OF SERVICE**: I hereby certify that on November 5, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

*/s/ Teresa M. Lube Capo*
TERESA M. LUBE CAPO, ESQ.
USDC 122205
LUBE & SOTO LAW OFFICES
1130 AVE. F.D. ROOSEVELT
SAN JUAN, PUERTO RICO 00920-2906
TEL.: 722-0909 FAX: 977-1709
E-MAIL: lubeysoto@yahoo.com



**USPS Customer's Receipt / Postal Money Order**

- Pay to: Clerk, US Trustee Bankruptcy Court
- Address: Richard Saint Hilaire 08-6083
- Memo: Account # 0710100 14789898 (BPPR antes RG) Nov '09
- Serial Number: 17463970800
- Year, Month, Day: 2009-11-05
- Post Office: 009380
- Amount: $846.00
- Clerk: 0012

Routing: ⑈00000800⑈  Serial: 17463970800

| | |
|---|---|
| SAINT-HILAIRE SANTANA RICHARD<br>PO BOX 71499 PMB 149<br>SAN JUAN PR  00936-8599 | JC PENNEY<br>PO BOX 960090<br>ORLANDO FL  32896-0090 |
| LUBE & SOTO LAW OFFICES<br>PSC<br>1130 AVE FD ROOSEVELT<br>SAN JUAN PR  00920-2906 | MUEBLERIA BERRIOS<br>PO BOX 674<br>CIDRA PR  00739-0674 |
| AMERICAN EXPRESS<br>PO BOX 3600-1<br>FORT LAUDERDALE FL  33336-0001 | R&G MORTGAGE<br>280 JESUS T PIñEIRO AVE<br>HATO REY PR  00919 |
| AMERICAN EXPRESS<br>PO BOX 36001<br>FORT LAUDERDALE FL  33336-0001 | RADIO SHACK<br>PROCESSING CENTER<br>DES MOINES IA  50364-0001 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK NJ  07101-1270 | RELIABLE FINANCIAL<br>PO BOX 21382<br>SAN JUAN PR  00928 |
| AMERICAN EXPRESS<br>CARD PRODUCTS DIVISION<br>PO BOX 70100<br>SAN JUAN PR  00936-8100 | RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO PR  00970-2510 |
| BANCO POPULAR DE PUERTO RICO<br>CARD PRODUCTS DIVISION<br>PO BOX 70100<br>SAN JUAN PR  00936-8100 | SAM'S CLUB<br>PO BOX 530942<br>ATLANTA GA  30353-0942 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICING DIVISION<br>PO BOX 71375<br>SAN JUAN PR  00936-8475 | SAM'S CLUB<br>PO BOX 960013<br>ORLANDO FL  32896-0013 |
| BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON DE  19886-5726 | SEARS CARD<br>PO BOX 183114<br>COLUMBUS OH  43218-3114 |
| CITI GOLD CARD<br>PO BOX 183057<br>COLUMBUS OH  43218-3057 | WALMART<br>PO BOX 530927<br>ATLANTA GA  30353-0927 |